

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 10-616 |
| v. | : | DATE FILED: FILED SEP 22 2010 |
| MICHAEL WOLFE | : | VIOLATIONS:<br>21 U.S.C. § 841(a)(1) (possession with intent to distribute cocaine base ("crack") -1 count)<br>21 U.S.C. § 860 (possession with intent to distribute cocaine base ("crack") in or near a public housing project -1 count)<br>21 U.S.C. § 844(a) (possession of marijuana - 1 count)<br>18 U.S.C. § 924(c)(1)(A) (possession of a firearm in furtherance of a drug trafficking crime -1 count)<br>18 U.S.C. § 922(g)(1) (convicted felon in possession of a firearm - 1 count)<br>Notice of Forfeiture |

INDICTMENT

COUNT ONE

THE GRAND JURY FURTHER CHARGES THAT:

On or about May 3, 2010, in Philadelphia, in the Eastern District of Pennsylvania, defendant

MICHAEL WOLFE

knowingly and intentionally possessed with intent to distribute a mixture and substance containing a detectable amount of cocaine base ("crack"), a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(C).

**COUNT TWO**

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about May 3, 2010, in Philadelphia, in the Eastern District of Pennsylvania, defendant

**MICHAEL WOLFE**

knowingly and intentionally possessed with intent to distribute a mixture and substance containing a detectable amount of cocaine base ("crack"), a Schedule II controlled substance, within 1,000 feet of the real property comprising the Courtyard Townhomes, a public housing development located at 912 S. Orianna Street in Philadelphia, in violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(C).

In violation of Title 21, United States Code, Section 860.

**COUNT THREE**

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about May 3, 2010, in Philadelphia, in the Eastern District of Pennsylvania, defendant

**MICHAEL WOLFE**

knowingly and intentionally possessed a mixture and substance containing a detectable amount of marijuana, a Schedule I controlled substance.

In violation of Title 21, United States Code, Section 844(a).

**COUNT FOUR**

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about May 3, 2010, in Philadelphia, in the Eastern District of Pennsylvania, defendant

**MICHAEL WOLFE**

knowingly possessed a firearm, that is, a Hi-Point (Beemiller, Inc.) Model CF380 .380 caliber semi-automatic pistol, serial number obliterated, and 8 live rounds of .380 caliber ammunition, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, possession with intent to distribute controlled substances, in violation of Title 21, United States Code, Section 841(a)(1).

In violation of Title 18, United States Code, Section 924(c)(1)(A).

## COUNT FIVE

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about May 3, 2010, in Philadelphia, in the Eastern District of Pennsylvania, defendant

**MICHAEL WOLFE,**

having been convicted in a court of the Commonwealth of Pennsylvania of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed in and affecting interstate and foreign commerce a firearm, that is, a Hi-Point (Beemiller, Inc.) Model CF380 .380 caliber sem-automatic pistol, serial number obliterated, and 8 live rounds of .380 caliber ammunition.

In violation of Title 18, United States Code, Section 922(g)(1).

**NOTICE OF FORFEITURE**

**THE GRAND JURY FURTHER CHARGES THAT:**

As a result of the violation of Title 18, United States Code, Sections 924(c) and 922(g)(1), set forth in this indictment, defendant

**MICHAEL WOLFE**

shall forfeit to the United States of America the firearm and ammunition involved in the commission of this offense, including, but not limited to:

(a) a Hi-Point (Beemiller, Inc.) Model CF380 .380 caliber sem-automatic pistol, serial number obliterated; and

(b) the 8 live rounds of .380 caliber ammunition.

All pursuant to Title 28, United States Code, Section 2461(c), and Title 18, United States Code, Section 924(d).

**A TRUE BILL:**

______________________________
**GRAND JURY FOREPERSON**

**ZANE DAVID MEMEGER**
**United States Attorney**