```
              IN THE UNITED STATES DISTRICT COURT
            FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA        :        CRIMINAL ACTION
                                :
         v.                     :
                                :
MICHAEL WOLFE                   :        NO. 10-616
```

ORDER

AND NOW, this 21st day of December, 2010, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that the motion of defendant Michael Wolfe to suppress physical evidence and statements (Doc. No. 13) is GRANTED.

                                    BY THE COURT:


                                    /s/ Harvey Bartle III
                                                                                                  C.J.